FILED

2003 DEC -3 P 1: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN ST., INC., a Connecticut Corporation and TEDDIE'S, INC., a Connecticut Corporation | : : : : : |
| Plaintiffs, | : CIV. NO. 3:03CV740 (RNC) |
| vs. | : |
| THE CITY OF BRIDGEPORT, CONNECTICUT, a Municipal Corporation and WILLIAM A. SHAW, Zoning Administrator for the City of Bridgeport | : : : : : |
| Defendants | : DECEMBER 2, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to Rule 26 and Local Rule 9, the Defendants respectfully request an extension of time to December 23, 2003 to respond to the Plaintiffs' Request for Interrogatories and Production dated November 5, 2003.

The Defendants represent that this is their first request for an extension of time to respond to discovery.

The basis of this request is that in order to respond, the Defendants, through their Zoning officials, are required to research through old morgued documents and

BMF03232                                                    1

determine if any are pertinent to the Plaintiffs' request. Because of the business of the municipal office, it is not possible to complete this in the given time.

The Defendants' counsel has contacted Plaintiffs' counsel to determine if there is an objection. Plaintiff has no objection.

Therefore, the Defendants request the extension to complete the discovery.

THE DEFENDANTS

By: *Barbara B Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 2nd day of December , 2003, to:

**Daniel A. Silver, Esq.
One Liberty Square
P.O. Box 698
New Britain, CT  06050-0698**

*Barbara B Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF03232                                    2