FILED

2003 DEC -3 P 1: 57

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 2060 EAST MAIN ST., INC., a Connecticut Corporation and TEDDIE'S, INC., a Connecticut Corporation | : | |
| Plaintiffs, | : | CIV. NO. 3:03CV740 (RNC) |
| vs. | : | |
| THE CITY OF BRIDGEPORT, CONNECTICUT, a Municipal Corporation and WILLIAM A. SHAW, Zoning Administrator for the City of Bridgeport | : | |
| Defendants | : | DECEMBER 2, 2003 |

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
December 8, 2003.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to Rule 26 and Local Rule 9, the Defendants respectfully request an extension of time to December 23, 2003 to respond to the Plaintiffs' Request for Interrogatories and Production dated November 5, 2003.

The Defendants represent that this is their first request for an extension of time to respond to discovery.

The basis of this request is that in order to respond, the Defendants, through their Zoning officials, are required to research through old morgued documents and

BMF03232                                    1