UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN STREET, INC. | : CASE NO. 3:03CV740 (RNC) |
| vs. | : |
| CITY OF BRIDGEPORT | |

## STATUS REPORT

The parties, pursuant to the Court's Scheduling Order dated September 10, 2003, hereby submit the following Status Report.

1. The Plaintiff has submitted initial discovery by way of Interrogatories and Orders for Production to the Defendant and answers to this discovery request are due on or about December 5, 2003.

2. The Plaintiff will have submitted its expert reports, pursuant to Rule 26(a)(2)(B) prior to December 10, 2003. The Plaintiff has already submitted most of its report and one (1) supplemental piece will be submitted prior to the cutoff date of December 10, 2003 as stipulated in the Court's Scheduling Order.

3. The Plaintiff will commence taking depositions as soon as it is in receipt of answers to the Plaintiff's requests for discovery.

4. The Plaintiff discloses that the pending answers to the Plaintiff's request for discovery that they may request a pre-filing conference for partial Motion for Summary

Judgment dealing with several of the issues in the Plaintiff's Complaint. Such a request will be filed by the Plaintiff if it deems necessary during the month of December, 2003, which is prior to the deadline contained in the Court's Scheduling Order.

    5. The Defendants have not yet decided on whether or not to retain an expert.

PLAINTIFFS

By _____
Daniel A. Silver, Esq.
Law Office of Daniel A. Silver
One Liberty Square
New Britain, CT 06051
(860) 225-3518
ct 08183
Their Attorneys


DEFENDANTS

By _____
Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604
(203) 576-7647
ct 05746
Their Attorneys