AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____
CONNECTICUT

2060 EAST MAIN ST., INC.

VS.

THE CITY OF BRIDGEPORT, CT

APPEARANCE

CASE NUMBER: 3:03CV740 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACK DEMPSEY'S, INC.

| | |
|---|---|
| 12/1/03 | *signature* |
| Date | Signature |
| | Daniel A. Silver |
| | Print Name |
| | One Liberty Square |
| | Address |
| | New Britain        CT        06051 |
| | City        State        Zip Code |
| | (860) 225-3518 |
| | Phone Number |