THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 2060 EAST MAIN ST., INC. | : | |
| Plaintiff | : | CASE NO. 3:03CV740(RNC) |
| vs. | : | |
| THE CITY OF BRIDGEPORT, CONNECTICUT | : | DECEMBER 1, 2003 |
| Defendant | | |

## MOTION TO INTERVENE AS PARTY PLAINTIFF

1.  Jack Dempsey's, Inc. (hereinafter referred to as Jack Dempsey's) is a Connecticut corporation doing business as Jack Dempsey's at 520 Success Avenue, Bridgeport, Connecticut.

2.  Jack Dempsey's operates a bar business and offers live entertainment to the public which is not defined as an "adult entertainment facility" as defined under the Bridgeport Zoning Regulations.

3.  Jack Dempsey's has the desire to change its form of live entertainment to include the same type of dance performances sought by the Plaintiff, Teddie's Inc. ("adult entertainment facility"). In the event that Jack Dempsey's was unable to use its present premises for this purpose due to locational restrictions and Special Use provisions of the Bridgeport Zoning Regulations dealing with "adult entertainment

facilities" Jack Dempsey's would desire to find an alternative location within the City of Bridgeport.

4. Jack Dempsey's is subject to the same Zoning Regulations challenged by the present Plaintiffs in this pending litigation, and is not located within a zone where an "adult entertainment facility" is a permitted use.

5. The outcome of the litigation in this matter will directly affect John Dempsey's business and the rights secured to it by the First and Fourteenth Amendments to the United States Constitution.

6. If this motion is granted, Jack Dempsey's would seek the same relief sought by the existing Plaintiffs in this litigation.

7. As to the existing Plaintiffs, Jack Dempsey's, all questions of law and fact are common to both entities.

8. Counsel for Jack Dempsey's consulted with counsel for the Defendants who had an objection to the granting of this motion.

9. There would be no delay in this action in that Jack Dempsey's would use the same experts as noticed to the Defendants and all pending discovery is applicable to Jack Dempsey's. The pending Scheduling Order provides for the joinder of parties by December 10, 2003.

Respectfully submitted,

_____
Daniel A. Silver, Esq.
Law Office of Daniel A. Silver
One Liberty Square
New Britain, CT 06051
(860) 225-3518
fed # ct 08183

## CERTIFICATION

Service certified to the following counsel of record this 1st day of December, 2003:

> Barbara Brazzel-Massaro, Esq.
> Office of the City Attorney
> 999 Broad Street, 2nd floor
> Bridgeport, CT 06604

_____
Daniel A. Silver
Commissioner of the Superior Court