FILED

2003 DEC 22 P 3: 1⋅

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| 2060 EAST MAIN STREET, INC. | : | |
| Plaintiff, | : | CIV. NO. 3:03CV740 (RNC) |
| vs. | : | |
| THE CITY OF BRIDGEPORT | : | |
| Defendants | : | DECEMBER 22, 2003 |

### OBJECTION TO MOTION TO INTERVENE AS A PARTY PLAINTIFF

By way of Motion dated December 1, 2003, Jack Dempsey's, a Connecticut Corporation, has requested to intervene as a party plaintiff in the above action.

The Defendant, City of Bridgeport, hereby objects to the intervention for the following reasons:

1. The motion fails to clearly specify any rule, statute or otherwise that permits an intervention.

2. There is no basis noted in the motion to provide the Court with jurisdiction regarding the claim of Jack Dempsey's.

3. There is no indication that any findings by this Court to the allegations of the Plaintiff, 2060 East Main Street, would not protect any speculative future

BMF03122                                    1

development by Jack Dempsey's. There is no disposition of the present matter that will impede the rights of the proposed intervener.

For the above reasons, and as more fully enunciated in the attached Memorandum of Law, the Defendants respectfully request that the Court deny the Motion to Intervene.

THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF03122                                2

## CERTIFICATION

This is to certify that a copy of the foregoing "Objection to Motion to Intervene as a Party Plaintiff: has been mailed, postage prepaid, on this 22nd day of December, 2003, to:

**Daniel A. Silver, Esq.**
**One Liberty Square**
**New Britain, CT 06050**

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court