FILED

2004 JAN 20 P 1: 03

U.S. DISTRICT COURT
HARTFORD, CT.

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC. ET AL

:     CASE NO. 3:03CV740(RNC)

Plaintiff

vs.                                    :

THE CITY OF BRIDGEPORT,     :
CONNECTICUT, ET AL                    JANUARY 19, 2004
                Defendant

## MOTION COMPELLING DISCLOSURE

1.  The Plaintiffs in the above matter, 2060 East Main St., Inc. and Teddie's, Inc., by pleading dated November 5, 2003, served upon the Defendants a Request for Interrogatories as well as Production of Documents, copies of which are attached hereto.

2.  By pleading dated December 2, 2003 the Defendants brought a Motion for Extension of Time to respond to the Plaintiffs' aforementioned discovery.

3.  The Court granted the Defendants' motion and extended the date for answering Plaintiffs' discovery until December 23, 2003.

4.  As of the date of the filing of this Motion, the Defendants have failed to either object to or otherwise answer the Plaintiffs' aforementioned discovery requests.

5.    Counsel for the Plaintiffs has, pursuant to Rule 37(a)(2) by both oral conversation and by written letter communicated with counsel for the Defendants, clearly indicating that this motion would be brought for failure of the Defendants to answer the Plaintiffs' discovery.

6.    The failure of the Defendants to answer the Plaintiffs' discovery jeopardizes the Court's Scheduling Order and may further delay the disposition of this matter.

WHEREFORE, the Plaintiffs respectfully move for an Order compelling the Defendants to answer the Plaintiffs' discovery as well as issue sanctions, pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Daniel A. Silver, Esq.
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
(860) 225-3518
fed # ct 08183

## CERTIFICATION

Service certified to the following counsel of record this 19th day of January, 2004:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street, 2nd floor
Bridgeport, CT 06604

_____
Daniel A. Silver
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 2060 EAST MAIN ST., INC., | : | CASE NO. 3:03CV740 (RNC) |
| A Connecticut corporation and | | |
| TEDDIE'S, INC., a Connecticut | : | |
| corporation | | |
| Plaintiffs | : | |
| | | |
| vs. | : | |
| | | |
| THE CITY OF BRIDGEPORT, | : | |
| CONNECTICUT, a Municipal | | |
| Corporation and WILLIAM A. SHAW: | | |
| Zoning Administrator for the | | |
| City of Bridgeport, | : | |
| Connecticut | | NOVEMBER 5, 2003 |
| Defendants | | |

**INTERROGATORIES TO DEFENDANTS CITY OF BRIDGEPORT AND DENNIS SHAW**

PLEASE TAKE NOTICE that the Plaintiffs in the above-captioned matter require the Defendants to answer fully, in writing, under oath, and within thirty (30) days of service hereof, the following Interrogatories in accordance with Rule 33 of the Federal Rules of Civil Procedure.

**DEFINITIONS**

The following definitions shall apply to each of the Requests for Interrogatories below and are deemed to be incorporated therein:

A.   ADULT USES and ADULT ENTERTAINMENT FACILITY - refers to those regulated uses as defined in the Bridgeport Zoning Regulations Table 10-7.

B.   CITY - refers to the City of Bridgeport, Connecticut.

C.   The word DOCUMENTS(S) - refers to the definition provided in Federal Rules of Evidence Rule 1001 and includes all written, recorded, graphic, or photographic matter, however produced or reproduced, pertaining in any manner to the subject matter indicated and includes, without limiting the generality of the foregoing, all originals, copies and drafts of all papers, letters, notes, memoranda, ledgers, journals, minutes, books, telephone slips, expense accounts, timesheets, telegrams, cables, photographs, maps, microfilm, prints, publications, recordings, transcriptions, affidavits, bills, receipts, prescriptions, diagnoses and checks.  This request is intended to include all documents and other items in possession of the

2

Defendants, or subject to their custody and control, or in the possession or control of any officer, agent, or employee of the Defendants.

D.     ZONING REGULATIONS - refer to Bridgeport Zoning Regulations in effect as of the date of the answer to this Interrogatory.

3

## INTERROGATORIES

1.   What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

ANSWER:

4

2.    State the name and address of each and every witness who has knowledge of any facts related to this case and/or whom you anticipate will be called at trial of this matter and for every witness referred to in this interrogatory answer, state the subject matter or knowledge of the testimony of such witness.

ANSWER:

5

3.   Do you intend to call any expert witness at the trial of this case?  If so, state as to each such witness the name, business address, and telephone number of the witness, the witness' qualifications as an expert, a complete statement of all opinions to be expressed and the basis and reasons therefore, the data or other information considered by the witness in forming the opinions, any exhibits to be used as a summary of or support for the opinions, the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

ANSWER:

6

4.    Identify each document or other exhibit, including summaries of other evidence, that relates to any facts in this case or that you expect to offer into evidence at the trial of this action.    To provide a meaningful response to this interrogatory, please identify as to each document: (a) the date of the document; (b) the person or entity that prepared the document; (c) if applicable, the identity of the person or entity to whom the document was forwarded; and (d) the general subject matter of the document.

ANSWER:

7

5.   Identify by ordinance number and date of enactment, all Bridgeport ordinances which have ever provided definitions for the term adult uses or adult entertainment cabarets or any components of any of those terms, including, but not limited to, which ever ordinance first created the language presently found in the Zoning Regulations.   In answering this Interrogatory, specify the particular sections of the Bridgeport Regulation which any such code created or modified with respect to the definition(s) of adult use.

ANSWER:

8

6.    Identify by name and address, any and all individuals or entities which were retained by the Defendant, City of Bridgeport, Connecticut as consultants for the purpose of drafting the Zoning Regulations at issue in this case for the City of Bridgeport or the Bridgeport Planning and Zoning Commission

ANSWER:

9

7.   As to each individual entity identified in #6 above, was any charge or direction given concerning the adoption of Regulations concerning adult uses?

ANSWER:

10

8.   Please identify the reason or governmental purpose for the adoption of the Regulation of Businesses as defined in Table 10-7 of the Bridgeport Zoning Regulations and any and all documents or data relied upon by the City of Bridgeport or introduced at any public hearing during the adoption of the Zoning Regulations which allegedly establishes any link between the operation of Adult Entertainment Facilities and the existence of "adverse secondary effects", and for each such document or data, please identify the specific research design and methodology used to create such document or data and any research methodology peer review conducted to evaluate the specific document or data, and the credentials of the researchers or other individuals involved in producing or compiling any such documents or data.   To provide a meaningful answer to this Interrogatory, specifically identify all persons having first hand knowledge of the information contained in your answer to this Interrogatory and identify all documents relating to, documenting, or evidencing the information contained in your answer to this Interrogatory.

ANSWER:

11

9.    Since the adoption of the Regulation of Businesses defined in Table 10-7 of the Bridgeport Zoning Regulations has any application been made to the Bridgeport Planning and Zoning Commission for a special permit under Section 14-4 for an adult business facility?

ANSWER:

SILVER & SILVER LLP • ATTORNEYS AT LAW

ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231

10.    If the Answer to Interrogatory No. 9 is in the affirmative, state the name and address of the applicant and whether the application was granted or denied.

ANSWER:

SILVER & SILVER LLP  •  ATTORNEYS AT LAW
ONE LIBERTY SQUARE  •  NEW BRITAIN, CT  06051  •  (860) 225-3518  •  FAX (860) 348-0612  •  JURIS No. 417231

    11.    If the Answer to Interrogatory No. 9 is in the
affirmative, what was the specific nature of each business?

ANSWER:

SILVER & SILVER LLP • ATTORNEYS AT LAW
ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231

12.   If an application for a special exception for an adult entertainment facility has been denied, list the reasons for the denial and when said denial was made.

ANSWER:

SILVER & SILVER LLP  •  ATTORNEYS AT LAW
ONE LIBERTY SQUARE  •  NEW BRITAIN, CT  06051  •  (860) 225-3518  •  FAX (860) 348-0612  •  JURIS No. 417231

Dated: November 5, 2003   Respectfully Submitted,


                    2060 EAST MAIN ST., INC., ET AL


                    By_____
                        Daniel A. Silver, Esq.
                        Law Office of Daniel A. Silver
                        One Liberty Square
                        New Britain, CT 06051
                        (860) 225-3518
                        CT 08183


16

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC.,         :     CASE NO. 3:03CV740 (RNC)
A Connecticut corporation and
TEDDIE'S, INC., a Connecticut :
corporation
                    Plaintiffs     :


vs.                                :


THE CITY OF BRIDGEPORT,            :
CONNECTICUT, a Municipal
Corporation and WILLIAM A. SHAW:
Zoning Administrator for the
City of Bridgeport,                :
Connecticut                              NOVEMBER 5, 2003
                    Defendants

### REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF BRIDGEPORT, CONNECTICUT

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 34, Plaintiff requests that the Defendants submit within thirty (30) days, a written response under oath that identifies all of the documents described below. Plaintiffs further request that the Defendants will produce the documents for inspection and copying by the Plaintiffs at the offices of Daniel A. Silver, One Liberty Square, New Britain, CT

06051 within thirty (30) business days, during normal business hours, or such reasonable alternate date upon which the parties may mutually agree.

Please take further notice that, pursuant to Fed.R.Civ.P. 26(e), you have a continuing duty, after initially producing such documents, to thereafter supplement your production by producing any new documents meeting the scope of this production request which may come into your possession or control after your initial production.

## DEFINITIONS

The following definitions shall apply to each of the Requests for Production of Document below and are deemed to be incorporated therein:

A.    ADULT USES and "ADULT ENTERTAINMENT FACILITIES" – refers to those regulated uses as defined in Table 10-7 of the Bridgeport Zoning Regulation.

B.    CITY – refers to the City of Bridgeport, Connecticut.

C.    The word DOCUMENTS(S) – refers to the definition provided in Federal Rules of Evidence Rule 1001 and includes all

SILVER & SILVER LLP • ATTORNEYS AT LAW
ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231

written, recorded, graphic, or photographic matter, however produced or reproduced, pertaining in any manner to the subject matter indicated and includes, without limiting the generality of the foregoing, all originals, copies and drafts of all papers, letters, notes, memoranda, ledgers, journals, minutes, books, telephone slips, expense accounts, timesheets, telegrams, cables, photographs, maps, microfilm, prints, publications, recordings, transcriptions, affidavits, bills, receipts, prescriptions, diagnoses and checks. This request is intended to include all documents and other items in possession of the Defendants, or subject to their custody and control, or in the possession or control of any officer, agent, or employee of the Defendants.

D.    ZONING REGULATIONS – refers to Bridgeport Zoning Regulations in existence as of the date of the answer to this Interrogatory.

## REQUESTS

1.    Any and all documents used in answering any of the questions propounded in the Plaintiffs' First Set of Interrogatories.

3

2.  Any and all maps of the City of Bridgeport, Connecticut which in the last ten (10) years have been prepared by any official, employee, independent contractor or agent of the City which indicate thereon the location of any adult entertainment facilities, where a purpose of making such map(s) was to show the location of adult entertainment facilities.

3.  Any and all maps of the City of Bridgeport, Connecticut which in the last ten (10) years have been prepared by any official, employee, independent contractor or agent of the City which were prepared in an attempt to demonstrate locations that are permissible for the establishing or locating of adult entertainment facilities within the City under the existing Zoning Code.

4.  Any and all other written documents which in the last ten (10) years have been prepared by any official, employee, independent contractor or agent of the City which provide or attempt to provide a list of the locations of adult-oriented facilities, or which were prepared in order to demonstrate locations that would or might be permissible for the location of adult entertainment facilities within the City under a proposed or adopted Zoning Ordinance.

5.  Any and all other maps, studies, reports or documents prepared by, consulted, or relied upon by employees, officials, independent contractors or agents of the City relating in any way to an assessment or the impact of the Zoning Regulation on the dispersal or concentration (or dispersal and concentration) of adult entertainment facilities within the City.

6.  With regard to the Zoning Regulations as amended dealing with adult entertainment facilities as defined in Table 10-7 of the Bridgeport Zoning Regulations, and all the circumstances leading up to its adoption, produce copies of the following:

4

A.  All reports, maps, letters, memoranda, or other written communications in connection with any studies done or relied upon by employees of Defendants relating to said Zoning Regulations.

B.  Copies of all minutes of all meetings of any agency, committee, department or administrative board of the Defendants at which any of the reports, maps, letters, memoranda, or other written communications set forth above were considered, discussed or acted upon.

C.  Any video, audio or stenographic record of the public proceedings of any agency, committee or board of the Defendants at which proceeding there was any discussion of said Zoning Regulations.

7.  Copies of all agenda and all minutes of all meetings at which any action was taken, consideration given, or mention made leading to the ultimate adoption of the Bridgeport Zoning Regulations up to and including the date of its adoption.

8.  A copy of any video, audio or stenographic record of any public meeting or hearing of any board or agency of the City of Bridgeport including the Town Council at which there was any discussion of the Zoning Regulations at issue.

9.  A copy of all City ordinances which have created or revised portions of the City specifically mentioning or relating to adult entertainment facilities.

10.  Copies of any applications submitted to the Bridgeport Planning and Zoning Commission under Section 14-4 for a special permit for the approval of an adult entertainment facility in the City of Bridgeport.

5

SILVER & SILVER LLP • ATTORNEYS AT LAW
ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231

11.   Copies of minutes of any meetings of the Bridgeport Planning and Zoning Commission concerning any application referred to in Request #10.

12.   Copies of all documents referred to in Interrogatory #8.

Dated: November 5, 2003                    Respectfully Submitted,


                                    2060 EAST MAIN ST., INC., ET AL


                                    By_____
                                         Daniel A. Silver, Esq.
                                         Law Office of Daniel A. Silver
                                         One Liberty Square
                                         New Britain, CT 06051
                                         (860) 225-3518
                                         CT 08183

6