UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC., ET AL.,:
:
    Plaintiffs,             :
:
    v.                   : CASE NO.3:03CV740(RNC)
:
THE CITY OF BRIDGEPORT, ET AL.,  :
:
    Defendants.        :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____  To conduct settlement conferences (orefmisc./cnf);

____  To conduct a prefiling conference (orefmisc./cnf);

____  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motions (orefm.):
Motion Compelling Disclosure [doc. 24]

_____

_____

So ordered.

Dated at Hartford, Connecticut this 22ⁿᵈ day of January 2004.



Robert N. Chatigny
United States District Judge