*[Handwritten margin note:]* GRANTED. Any request for a prefiling conference regarding a motion for summary judgment must be submitted on or before March 1?, 2004. SO ORDERED. Donna F. Martinez, U.S.M.J. 1/23/[04]

*[Stamp:]* 2004 JAN 23 P 3: [?]  U.S. DISTRICT COURT  HARTFORD, CT  FILED

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN ST., INC. | : |
|     Plaintiff | :  CASE NO. 3:03CV740(RNC)(DFM) |
| vs. | : |
| THE CITY OF BRIDGEPORT, CONNECTICUT | : |
|     Defendant | :  JANUARY 9, 2004 |

## MOTION TO EXTEND PERIOD FOR REQUESTING A PRE-FILING CONFERENCE CONCERNING A MOTION FOR SUMMARY JUDGMENT

1. The Case Management Plan entered by Honorable Donna F. Martinez, U.S.M.J. on September 10, 2003 required that a Request for Pre-filing Conference regarding a Motion for Summary Judgment must be submitted on or before January 26, 2004.

2. On December 2, 2003 a Motion to Intervene in the existing case was filed by a third party, which Motion was duly objected to by the Defendant. Briefing on that Motion has been completed and the parties are waiting for a decision on this Motion.

3. The Plaintiffs have filed discovery requests to the Defendant, who received an extension of time to answer discovery until December 23, 2003. Although said discovery has yet to be answered, the Defendant indicated that answers will be duly

SILVER & SILVER LLP • ATTORNEYS AT LAW
ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS No. 417231