UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN ST., INC., ET AL : | |
| Plaintiff, : | CIV. NO. 3:03CV740 (RNC) |
| vs. : | |
| THE CITY OF BRIDGEPORT, ET AL : | |
| Defendants : | JANUARY 30, 2004 |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION COMPELLING DISCLOSURE

The Defendants had received the Plaintiffs' Motion for Interrogatories and Production that requested information contained in files that had been archived because of the passage of time. The Defendants, through counsel, were making efforts to collect and provide to the Plaintiff whatever information it had from different sources to fully respond. The accumulating and coping of the materials that amounted to 1026 pages was difficult because of the lack of support staff in all of the involved City offices.

The Defendants have completed and mailed, on this date, the answers and production requests. Unfortunately, the Defendants were unable to complete the task by the 23rd of January because of the commitments of counsel and the lack of

BMF04019                                     1

response (Exhibit "A") and the proof of mailing related to the discovery documents (Exhibit "B").

THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 30th day of January, 2004, to:

**Daniel A. Silver, Esq.
Silver & Silver LLP
One Liberty Square
New Britain, CT  06051**

*Barbara B. Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04019                                    2

Case 3:03-cv-00740-RNC    Document 27    Filed 02/02/2004    Page 5 of 6