

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC.,          :      CASE NO. 3:03CV740  (RNC)
A Connecticut corporation and
TEDDIE'S, INC., a Connecticut :
corporation
                    Plaintiffs     :

vs.                                :

THE CITY OF BRIDGEPORT,            :
CONNECTICUT, a Municipal
Corporation and WILLIAM A. SHAW:
Zoning Administrator for the
City of Bridgeport,                :      **JANUARY 30, 2004**
Connecticut                               ~~NOVEMBER 5, 2003~~
                    Defendants

**DEFENDANTS RESPONSE TO**
**INTERROGATORIES TO DEFENDANTS CITY OF BRIDGEPORT AND DENNIS SHAW**

PLEASE TAKE NOTICE that the Plaintiffs in the above-
captioned matter require the Defendants to answer fully, in
writing, under oath, and within thirty (30) days of service
hereof, the following Interrogatories in accordance with Rule 33
of the Federal Rules of Civil Procedure.

**DEFINITIONS**

The following definitions shall apply to each of the Requests for Interrogatories below and are deemed to be incorporated therein:

A.   ADULT USES and ADULT ENTERTAINMENT FACILITY – refers to those regulated uses as defined in the Bridgeport Zoning Regulations Table 10-7.

B.   CITY – refers to the City of Bridgeport, Connecticut.

C.   The word DOCUMENTS(S) – refers to the definition provided in Federal Rules of Evidence Rule 1001 and includes all written, recorded, graphic, or photographic matter, however produced or reproduced, pertaining in any manner to the subject matter indicated and includes, without limiting the generality of the foregoing, all originals, copies and drafts of all papers, letters, notes, memoranda, ledgers, journals, minutes, books, telephone slips, expense accounts, timesheets, telegrams, cables, photographs, maps, microfilm, prints, publications, recordings, transcriptions, affidavits, bills, receipts, prescriptions, diagnoses and checks.  This request is intended to include all documents and other items in possession of the

2

Defendants, or subject to their custody and control, or in the possession or control of any officer, agent, or employee of the Defendants.

D.    ZONING REGULATIONS - refer to Bridgeport Zoning Regulations in effect as of the date of the answer to this Interrogatory.

## INTERROGATORIES

    1.   What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

ANSWER:

**William Shaw**
**45 Lyon Terrace**
**Bridgeport, CT 06604**

**City Planning Engineer**
**Clerk, Planning & Zoning Commission**
**Clerk, Zoning Board of Appeals**

2.    State the name and address of each and every witness who has knowledge of any facts related to this case and/or whom you anticipate will be called at trial of this matter and for every witness referred to in this interrogatory answer, state the subject matter or knowledge of the testimony of such witness.

ANSWER:

**William Shaw**

**William Minor**
**LUCR (Land Use & Construction Review Director)**

**Dennis Buckley**
**Zoning Enforcement**

**Representatives from the law firm of Robinson & Cole who assisted the City in amending the Zoning Regulations in 1996.**

**Representatives from Kasper Engineers who assisted in the amendment process.**

**Planning & Zoning representatives at the time of 1990 to 1996.**

**Other witnesses not determined at this time and will be determined by the counsel in this matter.**

3.   Do you intend to call any expert witness at the trial of this case?  If so, state as to each such witness the name, business address, and telephone number of the witness, the witness' qualifications as an expert, a complete statement of all opinions to be expressed and the basis and reasons therefore, the data or other information considered by the witness in forming the opinions, any exhibits to be used as a summary of or support for the opinions, the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

ANSWER:


**Do not know at this time.**

4.    Identify each document or other exhibit, including summaries of other evidence, that relates to any facts in this case or that you expect to offer into evidence at the trial of this action.    To provide a meaningful response to this interrogatory, please identify as to each document: (a) the date of the document; (b) the person or entity that prepared the document; (c) if applicable, the identity of the person or entity to whom the document was forwarded; and (d) the general subject matter of the document.

ANSWER:

**Do not know at this time, to be determined by counsel.**

     5.    Identify by ordinance number and date of enactment, all Bridgeport ordinances which have ever provided definitions for the term adult uses or adult entertainment cabarets or any components of any of those terms, including, but not limited to, which ever ordinance first created the language presently found in the Zoning Regulations.    In answering this Interrogatory, specify the particular sections of the Bridgeport Regulation which any such code created or modified with respect to the definition(s) of adult use.

ANSWER:

**Attached Bridgeport Zoning Regulations.**

8

LAW OFFICE OF DANIEL A. SILVER

6.   Identify by name and address, any and all individuals or entities which were retained by the Defendant, City of Bridgeport, Connecticut as consultants for the purpose of drafting the Zoning Regulations at issue in this case for the City of Bridgeport or the Bridgeport Planning and Zoning Commission

ANSWER:

**Robinson and Cole
Hartford, Connecticut**

**Kasper Engineering
Bridgeport, Connecticut**

ANSWER:

7.   As to each individual entity identified in #6 above, was any charge or direction given concerning the adoption of Regulations concerning adult uses?

ANSWER:

**No**

8. Please identify the reason or governmental purpose for the adoption of the Regulation of Businesses as defined in Table 10-7 of the Bridgeport Zoning Regulations and any and all documents or data relied upon by the City of Bridgeport or introduced at any public hearing during the adoption of the Zoning Regulations which allegedly establishes any link between the operation of Adult Entertainment Facilities and the existence of "adverse secondary effects", and for each such document or data, please identify the specific research design and methodology used to create such document or data and any research methodology peer review conducted to evaluate the specific document or data, and the credentials of the researchers or other individuals involved in producing or compiling any such documents or data. To provide a meaningful answer to this Interrogatory, specifically identify all persons having first hand knowledge of the information contained in your answer to this Interrogatory and identify all documents relating to, documenting, or evidencing the information contained in your answer to this Interrogatory.

ANSWER:

**See minutes and public hearing information already provided.**

9.     Since the adoption of the Regulation of Businesses defined in Table 10-7 of the Bridgeport Zoning Regulations has any application been made to the Bridgeport Planning and Zoning Commission for a special permit under Section 14-4 for an adult business facility?

ANSWER:

**None**

10.     If the Answer to Interrogatory No. 9 is in the
affirmative, state the name and address of the applicant and
whether the application was granted or denied.

ANSWER:

**See #9.**

    11.    If the Answer to Interrogatory No. 9 is in the affirmative, what was the specific nature of each business?

ANSWER:

**See #9.**

12.    If an application for a special exception for an adult entertainment facility has been denied, list the reasons for the denial and when said denial was made.

ANSWER:

**See #9.**

LAW OFFICE OF DANIEL A. SILVER

Dated: November 5, 2003   Respectfully Submitted,


                                    2060 EAST MAIN ST., INC., ET AL


                                    By _____
                                       Daniel A. Silver, Esq.
                                       Law Office of Daniel A. Silver
                                       One Liberty Square
                                       New Britain, CT 06051
                                       (860) 225-3518
                                       CT 08183

16

THE DEFENDANTS

By: _Barbara B Massaro_
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Response of Defendants City of

Bridgeport and Dennis Shaw to Interrogatories to Defendants City of Bridgeport and

Dennis Shaw" has been mailed, postage prepaid, on this 30th day of January, 2004,

to:

**Daniel A. Silver, Esq.**
**One Liberty Square**
**New Britain, CT  06051**

_Barbara B Massaro_
Barbara Brazzel-Massaro
Commissioner of the Superior Court

