# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC.                :

    Plaintiff                              :    CASE NO. 3:03CV740(RNC)

vs.                                     :

THE CITY OF BRIDGEPORT,                 :
CONNECTICUT                                  DECEMBER 1, 2003
    Defendant

## MOTION TO INTERVENE AS PARTY PLAINTIFF

1. Jack Dempsey's, Inc. (hereinafter referred to as Jack Dempsey's) is a Connecticut corporation doing business as Jack Dempsey's at 520 Success Avenue, Bridgeport, Connecticut.

2. Jack Dempsey's operates a bar business and offers live entertainment to the

---

February 6, 2004.    2060 East Main St., Inc. v. City of Bridgeport.  3:03cv740
(RNC)

Re:  Motion to Intervene [Doc. #19]

Granted. Applicant appears to have standing based on the affidavit of its sole owner, which states that applicant would be presenting exotic dancing were it not prevented from doing so by defendant's regulations. See Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc., 528 U.S. 167, 180-81 (2000). Applicant has not applied for a special permit but it need not do so to establish standing to sue. City of Lakewood v. Plain Dealer Pub. Co., 486 U.S. 750, 755-56 (1988). Applicant has not filed its complaint along with the motion to intervene, as required by Fed. R. Civ. Pro. 24(c), but that misstep is curable. Accordingly, applicant will file and serve its complaint within twenty days of the filing of this order. If it fails to do so, it will be dismissed from the action. So ordered.

Robert N. Chatigny, U.S.D.J.