DENIED as moot. After the plaintiffs filed the instant motion, the defendants served their responses. Upon review of the defendants' production, if the plaintiffs have disagreements regarding the responses that cannot be resolved after the parties meet and confer, they may file an appropriate motion in accordance with the federal and local rules of civil procedure. See D.Conn.L.Civ.R. 37. SO ORDERED.

Donna F. Martinez, U.S.M.J.
2/10/04

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2060 EAST MAIN ST., INC. ET AL : CASE NO. 3:03CV740(RNC)

    Plaintiff

vs. :

THE CITY OF BRIDGEPORT,
CONNECTICUT, ET AL             JANUARY 19, 2004
    Defendant

### MOTION COMPELLING DISCLOSURE

1. The Plaintiffs in the above matter, 2060 East Main St., Inc. and Teddie's, Inc., by pleading dated November 5, 2003, served upon the Defendants a Request for Interrogatories as well as Production of Documents, copies of which are attached hereto.

2. By pleading dated December 2, 2003 the Defendants brought a Motion for Extension of Time to respond to the Plaintiffs' aforementioned discovery.

3. The Court granted the Defendants' motion and extended the date for answering Plaintiffs' discovery until December 23, 2003.

4. As of the date of the filing of this Motion, the Defendants have failed to either object to or otherwise answer the Plaintiffs' aforementioned discovery requests.

SILVER & SILVER LLP • ATTORNEYS AT LAW
ONE LIBERTY SQUARE • NEW BRITAIN, CT 06051 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231