UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN ST., INC., : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:03CV740 (RNC) |
| CITY OF BRIDGEPORT, ET AL., : | |
| Defendants. : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

\_\_\_ A ruling on the following pending motions (orefm.):_____

So ordered.

Dated at Hartford, Connecticut this 25 day of February 2004.

Robert N. Chatigny
United States District Judge