UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2060 East Main St., Inc.,
    Plaintiff

- v -                                          3:03-CV-740(RNC)

CITY OF BRIDGEPORT, et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **April 16, 2004, at 10:00 a.m.** The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than April 14, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 26th day of February, 2004.

Thomas P. Smith
**United States Magistrate Judge**