# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:   3:03 CV 740 (RNC)
              2060 East Main Street Inc. et al v The City of Bridgeport

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for:

   The Intervening Plaintiff

   Jack Dempseys, Inc.

March 29, 2004

Connecticut Federal Bar Number CT 00957      Benjamin S. Proto, Jr.

(203) 378-9595                                2090 Cutspring Road
                                              Stratford, CT 06614

(203) 378-7765 (FAX)                          bproto@optonline.net

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Attorney Daniel Silver
Law Offices of Daniel Silver
One Liberty Square
New Britain, CT 06051

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
City of Bridgeport
999 Broad Street
2nd Floor
Bridgeport, CT 06604

_____
Benjamin S. Proto, Jr.