UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2060 E. MAIN STREET, INC. ET AL.,
    -Plaintiff(s)

-v-                              NO. 3:03 CV 740 (RNC)

CITY OF NEW BRITAIN ET AL.,
    -Defendant(s)

## ORDER

A settlement conference will be held before the undersigned on **JUNE 10, 2004, at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted.** Counsel shall be accompanied by the appropriate persons with the authority to settle, including insurance carriers. It will not be sufficient for such individuals to be "available by telephone." See *Nick v. Morgan's Foods, Inc.*, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this 16th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge