UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 P 3: 26
U.S. DISTRICT COURT
HARTFORD, CT.

2060 EAST MAIN ST., INC.,
    Plaintiff

- v -                                    Civil No. 3:03CV740(RNC)(TPS)

CITY OF BRIDGEPORT, ET AL,
    Defendant

### ORDER

The settlement conference scheduled for 10:00 a.m. on June 10, 2004 has been cancelled pursuant to representations made to this court by Daniel Silver, counsel for the plaintiff, in a May 18th letter to chambers. The conference has been rescheduled for 10:00 a.m. on August 2, 2004. Parties are reminded that **counsel must be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

Dated at Hartford, Connecticut this 20th day of May, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge