THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| 2060 EAST MAIN STREET, INC., ET AL | : |
| VS. | : C.A. NO. 3:03CV740(RNC) |
| CITY OF BRIDGEPORT, CONNECTICUT, ET AL | : NOVEMBER 29, 2004 |

### STIPULATION FOR DISMISSAL OF ACTION BY ALL PARTIES TO ACTION

The parties hereby stipulate to a withdrawal of action pursuant to Section 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys fees to either party.

Plaintiff – 2060 East Main Street, Inc.

By_____
Daniel A. Silver
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
(860) 225-3518
fed #ct 08183

and

Plaintiff – Jack Dempsey's, Inc.

By_____
Benjamin S. Proto, Jr.
2090 Cutspring Road
P.O. Box 778
Stratford, CT 06614
(203) 378-9595
fed #ct 00957

and

Defendants

By _____/s/ Barbara B. Massaro_____
Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Second Floor
Bridgeport, CT 06604
(203) 576-7647
fed. # ct 05746